No. 02–404. BAZARGANI *v.* HAVERFORD STATE HOSPITAL. C. A. 3d Cir. Certiorari denied.

No. 02–407. HUNTSINGER *v.* BOARD OF DIRECTORS OF THE E–470 PUBLIC HIGHWAY AUTHORITY. C. A. 10th Cir. Certiorari denied.

No. 02–410. GREEN *v.* GIANOS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–411. PLAYGIRL, INC. *v.* SOLANO. C. A. 9th Cir. Certiorari denied.

No. 02–412. TEDFORD *v.* BENCHMARK INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–417. MCAULEY *v.* KENNAY. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 02–418. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–421. SCRUGGS ET AL. *v.* DAYNARD. C. A. 1st Cir. Certiorari denied.

No. 02–422. STAPLES *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–423. SATHYAVAGLSWARAN ET AL. *v.* NEWMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–427. COSTERUS *v.* NEAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–431. LIEBEL ET AL. *v.* VISITING NURSE ASSN. ET AL. Sup. Ct. Conn. Certiorari denied.

No. 02–433. MARSH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 02–436. PICKENS MECHANICAL CONTRACTORS, INC., ET AL. *v.* FIRST ENTERPRISE BANK. Ct. Civ. App. Okla. Certiorari denied.